UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PRICE THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>VULCAN MATERIALS COMPANY, et al.,<br><br>    Defendants. | Case No. 19-cv-06042-KAW<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 49 |

On February 24, 2020, Plaintiff Gary Price Thomas filed a motion for default judgment. (Dkt. No. 49.) The Court DENIES Plaintiff's motion. Contrary to Plaintiff's assertion, Defendants are not in default. Defendants Vulcan Material Company, Inc., Jeff Nehmens, and Phil Miller filed an answer on October 2, 2019. (Dkt. No. 7.) Defendants Teamsters Union Local 665, Teamsters Union Local 853, Mike Yates, Mark Gleason, and Rodney Smith ("Union Defendants") filed a motion to dismiss that same day, and the Court granted the motion to dismiss on December 9, 2019. (*See* Dkt. Nos. 12, 38.) Plaintiff was ordered to file an amended complaint by January 3, 2020; that deadline, however, was effectively stayed when the case was stayed while Plaintiff was referred to the Federal Pro Bono Project for appointment of counsel. (*See* Dkt. No. 46.) Thus, there is no operative complaint to which the Union Defendants were required to respond.

    IT IS SO ORDERED.

Dated: February 26, 2020

                                                                                     KANDIS A. WESTMORE
United States Magistrate Judge