UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY PRICE THOMAS,

    Plaintiff,

v.

TEAMSTERS LOCAL 665, et al.,

    Defendants.

Case No. 19-cv-06042-KAW

ORDER TO SHOW CAUSE

Re: Dkt. No. 96

On August 27, 2021, Defendants filed a motion to dismiss. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was September 10, 2021. To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before October 8, 2021, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendants may file a reply on or before October 15, 2021. Failure to comply with this order **will** result in the Court granting Defendants' motion to dismiss.

The hearing on Defendants' motion to dismiss is CONTINUED to **November 4, 2021** at **11:00 a.m.**

IT IS SO ORDERED.

Dated: September 24, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge